IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALEXIUS M. HILL                                                                                    PLAINTIFF

v.                                              Civil No. 4:16-CV-4033

JUDGE KIRK JOHNSON; *et al.*                                                         DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed May 18, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7.  Judge Bryant recommends that Plaintiff's claims against Separate Defendants Matt Stevens, Judge Kirk Johnson, and the medical staffs of Bowie County Correctional Center and Bi-State Justice Building be dismissed.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Plaintiff's claims against Separate Defendants Matt Stevens, Judge Kirk Johnson, and the medical staffs of Bowie County Correctional Center and Bi-State Justice Building are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a).  Plaintiff's claims against Separate Defendants Brittany Cooksy, Y. Morgan, and Byron Griffie shall proceed.

**IT IS SO ORDERED**, this 1st day of July, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge