IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALEXIUS M. HILL                                                                                         PLAINTIFF

v.                                              Civil No. 4:16-cv-4033

JUDGE KIRK JOHNSON, *et al.*                                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 4, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 15.  Judge Bryant recommends that the Motion to Dismiss filed by Separate Defendant Brittany Cooksey (ECF No. 10) be denied.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, the Motion to Dismiss (ECF No. 10) is **DENIED**.

**IT IS SO ORDERED**, this 26th day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge