IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALEXIUS M. HILL                                                                                    PLAINTIFF

v.                            Civil No. 4:16-cv-04033

JUDGE KIRK JOHNSON; MEDICAL
STAFF OF THE BI-STATE JUSTICE
BUILDING; NURSE BRITTNEY COOKSY;
CLASSIFICATION OFFICER Y. MORGAN;
MEDICAL STAFF OF BOWIE COUNTY
CORRECTIONAL CENTER; MATT STEVENS;
and BYRON GRIFFIE                                                                              DEFENDANTS

## ORDER

Plaintiff Alexius M. Hill proceeds in this 42 U.S.C. § 1983 matter *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's Motion to Compel. ECF No. 18.

On September 6, 2016 Plaintiff filed a Motion to Compel (ECF No. 18) asking the Court to enter an order compelling Defendant to respond to certain discovery requests. On September 19, 2016 Defendants filed a Response (ECF No. 21) in which they represented to the Court that Defendants had provided Plaintiff with responses to his requests.

Accordingly, Plaintiff's Motion to Compel (ECF No. 18) is **DENIED** as moot.

**IT IS SO ORDERED this 4th day of October 2016.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE